DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA MICHAEL HADLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2215

_____

December 5, 2025

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Blair Allen, Public Defender, and Gary R. Gossett, Jr., Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Nicole Rochelle Smith, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.